IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lambert, Lisa D

Printed: 10/22/08

Case Number: 08 B 05670
Judge: Wedoff, Eugene R
Filed: 3/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 260.00 |  |
| Secured: |  | 243.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 16.90 |
| Other Funds: |  | 0.00 |
| Totals: | 260.00 | 260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,214.00 | 0.00 |
| 2. | American Honda Finance Corporation | Secured | 19,603.24 | 243.10 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 41.88 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 62.61 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 80.86 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 213.62 | 0.00 |
| 7. | NCO Financial Services Inc | Unsecured | 30.00 | 0.00 |
| 8. | B-Real LLC | Unsecured | 49.27 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 80.34 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 80.56 | 0.00 |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | City Of La Grange | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | American Collection Corp | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Greenwich Finance LLC D/B/A | Unsecured | | No Claim Filed |
| 19. | KCA Financial Services | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | KCA Financial Services | Unsecured | | No Claim Filed |
| 22. | Sprint | Unsecured | | No Claim Filed |
| 23. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 24. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 25. | Northwest Chronic Pain Clinic | Unsecured | | No Claim Filed |
| 26. | Magers & Price | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lambert, Lisa D

Printed: 10/22/08

Case Number:  08 B 05670
Judge:  Wedoff, Eugene R
Filed:  3/10/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. SKS Properties | Unsecured | | No Claim Filed |
| 28. State Collection Service | Unsecured | | No Claim Filed |
| 29. US Cash Loan Machine | Unsecured | | No Claim Filed |
| | | $ 23,456.38 | $ 243.10 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.90 |
| | $ 16.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

